THURSTON, GREENE & CO. *vs.* ROGER WILLIAMS MINING CO.

What is meant by plaintiff's costs ?

MOTION that default be taken off and the case rein-stated, on the ground that the defendants counsel, a practising Attorney in the Courts of both Rhode-Island and Massachusetts, was detained at the time the case was defaulted in the Massachusetts Court ; and that there was a defence, which facts were sworn to on affidavit.

Motion granted on condition that the defendant's pay the plaintiff's costs for the term. The question being raised what was meant by plaintiffs costs for the term, the Court said, it included only the travel and attendance of the party, the clerk's fees, and the witnesses' fees.